ANTHONY IRAGGI, Appellant, *v.* SAMUEL RAYMON et al., Respondents.

(Submitted September 28, 1936; decided September 29, 1936.)

*Isaac R. Swezey* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.